# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# WACO DIVISION

| | |
|---|---|
| **PHILLIP VARELA, individually and behalf of all others similarly situated,** § § § | |
| *Plaintiff*, § § | |
| v. § § | No. 6:25-CV-00303-LS |
| **AMERICAN INCOME LIFE INSURANCE CO.,** § § § | |
| *Defendant*. § § | |

## FINAL JUDGMENT

Consistent with its Order entered today and Federal Rule of Civil Procedure 58, the Court enters this Final Judgment. Plaintiff Phillip Varela's claims are dismissed with prejudice, and the claims of any unnamed member of the alleged class are dismissed without prejudice. The Clerk shall close the case.

**SO ORDERED**.

**SIGNED** and **ENTERED** on September 19, 2025.

_____
**LEON SCHYDLOWER**
**UNITED STATES DISTRICT JUDGE**